TODD KIM
Assistant Attorney General

C. SCOTT SPEAR (PA Bar No. 77642)
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-1593
Email: scott.spear@usdoj.gov

*Attorney for Defendant Michael S. Regan
in his official capacity as Administrator,
United States Environmental Protection Agency*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL S. REGAN, in his official capacity as Administrator, United States Environmental Protection Agency <br><br> Defendant. | Case No. 3:22-cv-01992-JD <br><br> **JOINT MOTION TO ENTER CONSENT DECREE** |

Defendant Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency (the "EPA"), and plaintiffs Sierra Club, Air Alliance Houston, Center for Biological Diversity, Citizens for Pennsylvania's Future, Clean Air Council, and Texas Environmental Justice Advocacy Services (collectively, "Plaintiffs"), by and through the undersigned counsel, hereby jointly move

the Court to enter the attached Consent Decree (attached as Exhibit A). In support of this motion, Plaintiffs and the EPA (collectively, the "Parties") state as follows:

1. On March 29, 2022, Plaintiffs filed this Clean Air Act ("CAA") citizen suit under 42 U.S.C. § 7604(a)(2), based on allegations that, inter alia, the EPA has not timely issued federal implementation plans for the States of New Mexico, Pennsylvania, Utah, and Virginia addressing the interstate transport of ozone pursuant to 42 U.S.C. § 110(a)(2)(D)(i)(I) for the 2015 ozone National Ambient Air Quality Standards. ECF No. 1.

2. The Parties reached agreement on a proposed Consent Decree in October 2022. A copy of the proposed Consent Decree is attached hereto as Exhibit A.

3. Section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g), requires the EPA to provide "a reasonable opportunity by notice in the Federal Register to persons who are not named as parties or intervenors to the action or matter to comment in writing" upon the proposed Consent Decree. The proposed Consent Decree was noticed in the Federal Register on November 3, 2022. *Notice of Proposed Consent Decree, Clean Air Act Citizen Suit*, 87 Fed. Reg. 66299 (Nov. 3, 2022).[1] The comment period closed on December 5, 2022. The notice and comment process is now complete. The comments received did not disclose facts or considerations indicating that the EPA or the United States Department of Justice should withhold consent.

4. The proposed Consent Decree requires the EPA, by a date certain, to either promulgate a federal implementation plan, approve a state implementation plan, or partially approve a state implementation plan in conjunction with promulgating a partial federal implementation plan for the States of New Mexico, Pennsylvania, Utah, and Virginia.

---

[1] See Docket No. EPA-HQ-OGC-2022-0861, *available at* https://www.regulations.gov/docket/EPA-HQ-OGC-2022-0861.

5. Through the proposed Consent Decree, the Parties indicate their agreement that the proposed Consent Decree is fair, reasonable, and in the public interest. The Court should therefore enter the attached Consent Decree.

WHEREFORE, the Parties respectfully move the Court to enter the attached Consent Decree.

Respectfully submitted,

Dated: January 13, 2023

/s/ *Neil Gormley*
Neil Gormley, *Pro Hac Vice*
Kathleen Riley, *Pro Hac Vice*
Earthjustice
1001 G St NW, Suite 1000
Washington, D.C. 20036
202-667-4500
ngormley @earthjustice.org
kriley@earthustice.org

Paul R. Cort, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
415-217-2000
pcort@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Center for Biological Diversity, Air Alliance Houston, and Texas Environmental Justice Advocacy Services*

/s/ *Hayden Hashimoto*
Hayden Hashimoto, State Bar No. 325150
Clean Air Task Force
114 State St., 6th Floor
Boston, MA 02109
(808) 342-8837
hhashimoto@catf.us

*Attorney for Plaintiffs Citizens for Pennsylvania's Future and Clean Air Council*

|   |   |
|---|---|
|   | /s/ *Zachary M. Fabish* |
|   | Zachary M. Fabish, State Bar No. 247535 |
|   | Sierra Club |
|   | 50 F Street, NW, 8th Floor |
|   | Washington, D.C. 20001 |
|   | (650) 388-8446 |
|   | zachary.fabish@sierraclub.org |
|   |   |
|   | *Attorney for Sierra Club* |
|   |   |
|   | TODD KIM |
|   | Assistant Attorney General |
|   | Environment and Natural Resources Division |
| Dated: January 13, 2023 | /s/ *C. Scott Spear* |
|   | C. Scott Spear |
|   | United States Department of Justice |
|   | Environment and Natural Resources Division |
|   | Environmental Defense Section |
|   |   |
|   | *Attorneys for Defendant* |

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I, C. Scott Spear, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

> /s/ C. Scott Spear
> C. Scott Spear
> United States Department of Justice