TODD KIM
Assistant Attorney General

C. SCOTT SPEAR (PA Bar No. 77642)
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-1593
Email: scott.spear@usdoj.gov

*Attorney for Defendant Michael S. Regan
in his official capacity as Administrator,
United States Environmental Protection Agency*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al.,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator, United States Environmental Protection Agency<br><br>　　　　Defendant. | Case No. 3:22-cv-01992-JD<br><br>**JOINT NOTICE OF STIPULATED EXTENSION OF CONSENT DECREE DEADLINE** |

　　　Pursuant to paragraph 4 of the Consent Decree entered on January 24, 2023 (Dkt. No. 37)[1] ("Consent Decree"), Plaintiffs, Sierra Club, *et al*., and Defendant, Michael S. Regan in his official capacity as Administrator of the U.S. Environmental Protection Agency ("EPA"), stipulate to extend the deadline of the Consent Decree as follows:

　　　1.　　The deadline in paragraph 2 of the Consent Decree is extended from August 30, 2024 to November 26, 2024, for the EPA to sign a final rule or rules taking one or more of the following actions with respect to the State of New Mexico to meet the requirements of the Clean Air Act section 110(a)(2)(D)(i)(I), 42 U.S.C. § 7410(a)(2)(D)(i)(I), regarding prohibiting

---

[1] Paragraph 4 of the Consent Decree allows deadlines to be modified by written stipulation of the Parties with notice to the Court. *See* Dkt. No. 37 ¶ 4.

significant contribution to nonattainment or interference with maintenance in other states for the 2015 8-hour ozone National Ambient Air Quality Standards: (a) promulgating a Federal Implementation Plan ("FIP"); (b) approving a State Implementation Plan ("SIP"); or (c) approving in part a SIP in conjunction with promulgating a partial FIP.

2. The Parties stipulated to extend the paragraph 2 deadline on one other occasion, from June 1, 2024 to August 30, 2024 (Dkt. No. 41). There have been no other extensions of the Consent Decree's deadlines.

3. On February 16, 2024, EPA issued a notice of proposed rulemaking to address the relevant obligations for New Mexico, along with Arizona, Iowa, Kansas, and Tennessee, with comments due on May 16, 2024. 89 Fed. Reg. 12666. Additional time is necessary to adequately consider and, where necessary, respond to the public comments received, and to develop the final rule and supporting materials. The additional time is also necessary for EPA to coordinate EPA's action for New Mexico with timely, related actions for other states. Therefore, the Parties stipulate that the deadline with respect to for EPA to sign a final action (a) promulgating a FIP; (b) approving a SIP; or (c) approving in part a SIP in conjunction with promulgating a partial FIP is extended from August 30, 2024, to November 26, 2024.

Respectfully submitted,

Dated:   August 22, 2024          /s/ *Kathleen Riley*
Kathleen Riley, *Pro Hac Vice*
Earthjustice
1001 G St NW, Suite 1000
Washington, D.C. 20036
202-667-4500
kriley@earthjustice.org

Paul R. Cort, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
415-217-2000
pcort@earthjustice.org

*Attorneys for Plaintiffs Sierra Club, Center for Biological Diversity, Air Alliance Houston, and Texas Environmental Justice Advocacy Services*

/s/ *Hayden Hashimoto*
Hayden Hashimoto, State Bar No. 325150
Clean Air Task Force
114 State St., 6th Floor
Boston, MA 02109
(808) 342-8837
hhashimoto@catf.us

*Attorney for Plaintiffs Citizens for Pennsylvania's Future and Clean Air Council*

/s/ *Zachary M. Fabish*
Zachary M. Fabish, State Bar No. 247535
Sierra Club
50 F Street, NW, 8th Floor
Washington, D.C. 20001
(650) 388-8446
zachary.fabish@sierraclub.org

*Attorney for Sierra Club*

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

Dated: August 22, 2024

/s/ *C. Scott Spear*
C. Scott Spear
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section

*Attorneys for Defendant*

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I, C. Scott Spear, attest that I have obtained concurrence in the filing of this document from all other signatories listed here: Kathleen Riley, Hayden Hashimoto, and Zachary M. Fabish.

/s/ C. Scott Spear
C. Scott Spear
United States Department of Justice